USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LUIS GORDILLO, et al.,

                  **Plaintiffs,**

-against-

20 E 49 RESTAURANT, INC., et al.,

                  **Defendants.**

-----------------------------------------------------------------X

17-CV-08460 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge.**

    On December 16, 2019, pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), the parties submitted a settlement agreement for the Court's review between Defendant 20 E. 49 Restaurant, Inc., and five individual named Plaintiffs who worked at that location: Jose Luis Gordillo, Felix Santos, Juan Cote Leon, Jorge Galvez Sierra, and Bernardo Cabrera. ECF No. 76. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED. No later than January 10, 2020, the parties shall file an executed version of the agreement on ECF.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    December 18, 2019
                New York, New York