USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSE LUIS GORDILLO *individually and on* :
*behalf of all others similarly situated*, et al., :
:
                            Plaintiffs, :     17-CV-8460 (VSB)
:
        - against - :     **ORDER**
:
:
20 E 49 RESTAURANT, INC. *d/b/a* :
BURGER HEAVEN, et al., :
:
                            Defendants. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The post-discovery conference set for January 10, 2020 at 12:30 p.m. is adjourned sine die.

SO ORDERED.

Dated: January 9, 2020
       New York, New York

                                                     Vernon S. Broderick
                                                   United States District Judge