UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSE LUIS GORDILLO, FELIX SANTOS, JUAN COTE LEON, JORGE GALVEZ SIERRA, JOSE CANTO GOMEZ, and BERNARDO CABRERA individually and on behalf of all others similarly situated,

                            Plaintiffs,

   -against-

20 E 49 RESTAURANT INC. d/b/a BURGER HEAVEN, EVNICK, INC. d/b/a BURGER HEAVEN, 9 E 53 RESTAURANT INC. d/b/a BURGER HEAVEN, and NICHOLAS CYPRUS, EVANS CYPRUS, DIMITRI DELLIS, and MARGUERITE LOUCAS, as individuals,

                            Defendants.
------------------------------------------------------------X

17-CV-8460(SN)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Roman Avshalumov, Esq., Plaintiffs will move this Court before The Honorable Sarah Netburn, United States Judge of the Southern District of New York, for an Order granting final approval of the class and collective action settlement, awarding Class Counsel its attorneys' fees, awarding the Claims Administrator its costs, and dismissing the Action with prejudice.

Dated: Kew Gardens, New York
       May 15, 2020

                      HELEN F. DALTON & ASSOCIATES, P.C.

                      By: /s/_____
                          Roman Avshalumov, Esq.
                          James O'Donnell, Esq.
                          80-02 Kew Gardens Road
                          Suite 601
                          Kew Gardens, New York 11415
                          (T): 718-263-9591

cc: All Counsel of Record (via ECF)