UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
JOSE LUIS GORDILLO, FELIX SANTOS, JUAN COTE LEON, JORGE GALVEZ SIERRA, JOSE CANTO GOMEZ, and BERNARDO CABRERA individually and on behalf of all others similarly situated,

      Plaintiffs,

 -against-

20 E 49 RESTAURANT INC. d/b/a BURGER HEAVEN, EVNICK, INC. d/b/a BURGER HEAVEN, 9 E 53 RESTAURANT INC. d/b/a BURGER HEAVEN, and NICHOLAS CYPRUS, EVANS CYPRUS, DIMITRI DELLIS, and MARGUERITE LOUCAS, as individuals,

      Defendants.

-----------------------------------------------------------------------X

**17-CV-8460 (SN)**

**NOTICE OF MOTION**

 **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Plaintiffs' Counsel, Plaintiffs will move this Court before the Honorable Sarah Netburn, United States Judge for the Southern District of New York, for an order preliminarily approving the class action settlement, certification of the settlement class, appointment of class counsel, class counsel's requested attorneys' fees, and approval of the proposed notice of settlement in the above-referenced matter.

 Dated:  Kew Gardens, New York
      July 14, 2020

           ___/s/_____
           Roman Avshalumov, Esq.
           James O'Donnell, Esq.
           Helen F. Dalton & Assoc., P.C.
           *Attorneys for Plaintiffs*
           80-02 Kew Gardens Road
           Suite 601
           Kew Gardens, New York 11415

CC via ECF: All Counsel of Record