UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

JOSE LUIS GORDILLO, et al.,

      **Plaintiffs,**      17-CV-08460 (SN)

  -against-         **ORDER OF DISMISSAL**

20 E 49 RESTAURANT, INC., et al.,

      **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  For the reasons stated at the July 28, 2020 Conference, the motion for final approval of the class action settlement is APPROVED, and the case is dismissed with prejudice. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 96 and close the case.

**SO ORDERED.**

                 _____
                 SARAH NETBURN
                 United States Magistrate Judge

DATED:  New York, New York
       November 25, 2020